1058

[No. 47768-4-I.   Division One.   August 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LIZARRAGA-ORTIZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-02279-6, Ann Schindler, J., entered November 17, 2001. *Reversed* by unpublished per curiam opinion.

[No. 47848-6-I.   Division One.   August 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ARRICK PORTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-06991-6, Ann Schindler, J., entered December 1, 2000. *Remanded* by unpublished per curiam opinion.

[No. 48203-3-I.   Division One.   August 20, 2001.]

*In the Matter of* PEOPLES BENEFIT LIFE INSURANCE COMPANY, *Respondent*, and DALE M. LARSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-02469-8, Suzanne M. Barnett, J., entered March 9, 2001. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid, C.J., and Webster, J.

[No. 18193-6-III.   Division Three.   August 21, 2001.]

*In the Matter of the Estate of* ARNOLD J. HEDMAN.

IRYS E. HEDMAN, *Appellant*, v. MARK HEDMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Adams County, No. 87-4-00012-6, Richard W. Miller, J., entered December 28, 1998. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Kato, JJ.